3:08-cv-03182-JES-CHE   # 11   Page 1 of 2
3:08-cv-03182-JES-CHE   # 10-4   Page 1 of 2

E-FILED
Wednesday, 21 January, 2009  11:23:42 AM
Clerk, U.S. District Court, ILCD
E-FILED
Monday, 24 November, 2008  04:33:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No: 08-3182 |
| DICKENS CONSULTING AND CONSTRUCTION, INC., and RICHARD F. DICKENS, JR., INDIVIDUALLY | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendants, DICKENS CONSULTING and CONSTRUCTION, INC., AND RICHARD F. DICKENS, JR., INDIVIDUALLY, and that the Defendants have failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendants, DICKENS CONSULTING and CONSTRUCTION, INC., AND RICHARD F. DICKENS, JR., INDIVIDUALLY, as follows:

A.      That Judgment be entered in favor of the Plaintiffs and against the Defendant for known delinquent contributions and liquidated damages for the period from September 1, 2007 through January 31, 2008, in the total amount of $13,998.00; and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is entered; and for an account be taken by the Plaintiffs for the period from July 1, 2004 through current, as to wages received and hours worked by Defendants' employees to determine amounts required to be paid by the Defendants to the Plaintiffs.

  B. That Defendants be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments; and

  C. Defendants be decreed to pay to the Plaintiffs its attorney fees in the amount of $3,463.50, as provided by ERISA, 29 U.S.C. Section 1132(g)(2); and

  D. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

ENTERED this 14th day of Jun., 2008.

_____
United States Judge